**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00955-CV

## IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-18306**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relators' September 23, 2022 petition for writ of mandamus. We request that real party in interest and respondent file a response, if any, to the petition by **November 18, 2022**.

/s/     DENNISE GARCIA
JUSTICE